HANNAH SCOTT *vs.* WILLIAM CRAWFORD, Jr.—*June*, 1839.

An appeal will not lie from an order of the Court of Chancery, directing a bill for dower to be retained, with liberty to the complainant to sue at law, to try her right to dower.

APPEAL from the Court of Chancery.

The bill in this cause was filed on the 29th July 1834. Its object was to procure an assignment of dower, and an account of rents and profits by the appellant, in lands of which her deceased husband was seized during his marriage. The defendant answered the bill, and proof was taken under a commission. At September term 1839, the plaintiff submitted the

cause for hearing, and the Chancellor (BLAND) ordered the bill to be retained for twelve months, with liberty to the plaintiff to bring her action at law to try her right to dower. From this order the complainant appealed.

And now at this term *Glenn* for the appellee moved to dismiss the appeal.

The motion was argued before BUCHANAN, C. J., STEPHEN, ARCHER, DORSEY, CHAMBERS, and SPENCE, J.

By GLENN for the motion, and
By McLEAN contra.
By the court.                                    APPEAL DISMISSED.